UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Germa Cymonisse, individually and on behalf of all others similarly situated,

                Plaintiff,

                -against-

FBCS, Inc.,

                Defendant.

Case No: 2:20-cv-01320-KM-SCM

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: May 21, 2020

**KAUFMAN DOLOWICH VOLUCK**

By:   /s Monica Littman
Monica Littman, Esq.
Two Logan Square, 10 North 18th Street, Suite 701
Philadelphia, Pennsylvania 19103
Tel: (215) 501-7024
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By:   /s Craig B. Sanders
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 117482
*Attorneys for Plaintiff*

    **SO ORDERED**

    **s/Kevin McNulty**
    **Hon. Kevin McNulty**
    **U.S. District Judge**
    **Date: 05/26/2020**